■ In the Matter of JOSEPH P. SULLIVAN, Respondent, v SUPERINTENDENT OF INSURANCE, Appellant. — Motion for permission to appeal to the Court of Appeals granted, without costs. No issue of fact was considered by this court. Pursuant to CPLR 5713, this court certifies that the following question of law, decisive of the correctness of its determination, has arisen, which in its opinion ought to be reviewed by the Court of Appeals: "Was so much of Special Term's order, as affirmed by this court, as directed a trial of factual issues, correct as a matter of law?" Mahoney, P. J., Main, Mikoll, Yesawich, Jr., and Harvey, JJ., concur.

(September 14, 1984)

■ In the Matter of ERNEST ABDELLA, an Attorney, Respondent. COMMITTEE ON PROFESSIONAL STANDARDS, THIRD JUDICIAL DEPARTMENT, Petitioner. — Motion for reargument or, in the alternative, for permission to appeal to the Court of Appeals, denied. Order entered June 15, 1984 amended to provide that respondent is suspended from practice as an attorney and counselor at law for a period of three months commencing October 29, 1984. Mahoney, P. J., Kane, Casey and Mikoll, JJ., concur.